UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IMO INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEIM S.R.L., )<br>SETTIMA MECCANICA S.R.L., and )<br>INNOVATIVE CONTINENTAL )<br>EQUIPMENT, LLC, )<br>Defendants. )<br>_____) | Case No.: 3:05-CV-420-MU<br><br>**NOTICE OF<br>DISMISSAL** |

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff, by and through the undersigned attorney, hereby notifies the Court and all parties to the above captioned case that Plaintiff dismisses without prejudice this action against SETTIMA MECCANICA S.R.L., Defendant. Each party shall bear its own costs and fees.

    Respectfully submitted,

    **s/Russell M. Racine**
    Jason S. Miller (NC Bar No. 27374)
    Russell M. Racine (NC Bar No. 33,593
    **Attorneys for Plaintiff**
    CLEMENTS | WALKER
    1901 Roxborough Rd., Ste. 300
    Charlotte, NC 28211
    Tel: (704) 790-3600
    Fax: (704) 366-9744
    Email: rracine@worldpatents.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IMO INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:05-CV-420-MU |
| v. | ) | |
| | ) | |
| SEIM S.R.L., | ) | **CERTIFICATE OF** |
| SETTIMA MECCANICA S.R.L., and | ) | **SERVICE** |
| INNOVATIVE CONTINENTAL | ) | |
| EQUIPMENT, LLC, | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I certify that on 03 October 2006, I served a copy of the below listed documents upon the other parties in this action through the CM/ECF system at kurt.lindquist@nelsonmullins.com, bruce.rose@alston.com, evan.sauda@nelsonmullins.com

Documents Served:

    1.    **Notice of Dismissal**

    Respectfully submitted,

    **s/Russell M. Racine**
    Jason S. Miller (NC Bar No. 27374)
    Russell M. Racine (NC Bar No. 33,593
    **Attorneys for Plaintiff**
    CLEMENTS | WALKER
    1901 Roxborough Rd., Ste. 300
    Charlotte, NC  28211
    Tel: (704) 790-3600
    Fax: (704) 366-9744
    Email: rracine@worldpatents.com