UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-420-MU

| | | |
|---|---|---|
| IMO INDUSTRIES, INC., and ALLWEILER AG, | ) ) ) | |
| Plaintiffs, | ) ) | : |
| v. | ) ) | |
| SEIM S.R.L., SETTIMA MECCANICA S.R.L., and INNOVATIVE CONTINENTAL EQUIPMENT, LLC, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court upon its own motion. It appears to the Court that this case requires a Markman hearing. The parties are hereby ordered to submit briefs to the Court within two weeks from the date of this order discussing the issues that need to be addressed at the upcoming hearing. If further briefing is required, the parties should request permission of the Court.

**IT IS SO ORDERED.**

Signed: October 23, 2006

Graham C. Mullen
United States District Judge