# United States District Court
# For The Western District of North Carolina
# Charlotte Division

IMO Industries, Inc. and
Allweiler AG,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:05-cv-420

SEIM S.R.L.

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2006 and June 4, 2007 Orders.

**Signed: June 5, 2007**

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court